UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

DYLAN WILLIAMS,

             Defendant.

CASE NO.: 18 Crim. 420 (ALC) - 20

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, June 17, 2024 at 2:00 pm** on the Court's conference line. The parties, including Mr. Williams, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            June 10, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**