USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-10-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

DYLAN WILLIAMS,

                Defendant.

------------------------------------------------------------------x

18-CR-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Violation of Supervised Release Hearing is set for **June 27, 2024**, at **12:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            June 10, 2024

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**