```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

- v. -

**DYLAN WILLIAMS,**

                            **Defendant.**
-------------------------------------------------------------- x

**18-CR-420 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Violation of Supervised Release Hearing is set for **September 23, 2025,** at 2**:00 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **September 16, 2025**

                                                */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**