

September 17, 2025

*Via* **ECF & EMAIL**
The Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/17/25
```

**Re:** *United States v. Dylan Williams*, 18 Cr. 420-20 (ALC)

Dear Judge Carter,

    I write regarding my representation of defendant Dylan Williams in his current VOSR matter pertaining to the above-captioned case. Pursuant to the schedule set by this Court, Mr. Williams is currently set to appear on September 23, 2025, at 2:00 P.M.

    I am respectfully requesting that the Court adjourn the date of Mr. Williams's appearance to 2:00 P.M. on September 26, 2025. The reason for this request is that I am not available on September 23rd due to parenting obligations.

    The government, through AUSA Henry Ross, and the U.S. Probation Office of the Southern District of New York, through Officer Adam Pakula, have each informed me they are available during the proposed date/time.

    Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Dylan Williams*

cc:  AUSA Henry Ross
     *via* ECF & Email

     Officer Adam Pakula
     *via* Email

The application is **GRANTED**. The Violation of Supervised Release Hearing is adjourned to 9/26/25 at 2:00 p.m.
So Ordered.

*[signed] Andrew L. Carter Jr.*
9/17/25

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com